UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br> )<br>   v. )<br> )<br>$39,440 IN U.S. CURRENCY SEIZED )<br>FROM WILFREDO PAGAN, )<br> )<br>$10,913 IN U.S. CURRENCY SEIZED )<br>FROM DANIEL SANTOS, )<br> )<br>$12,760 IN U.S. CURRENCY SEIZED )<br>FROM JASON PEREZ, )<br> )<br>$2,717 IN U.S. CURRENCY SEIZED )<br>FROM PEDRO ALARCON, and )<br> )<br>$16,538 IN U.S. CURRENCY SEIZED )<br>FROM WILFREDO PAGAN, )<br>    Defendants. ) | Civil Action No. |

## WARRANT AND MONITION

To: The United States Department of Homeland Security

You Are Hereby Commanded to give notice to all persons concerned that a Verified Complaint for Forfeiture *in Rem* (the "Complaint"), a copy of which is attached hereto, has been filed by the United States of America against the defendant property, comprised of the following:

 a. $39,440 in United States currency seized from Wilfredo Pagan at Logan International Airport, Boston, Massachusetts on December 12, 2009;

 b. $10,913 in United States currency seized from Daniel Santos at Logan International Airport, Boston, Massachusetts on December 12, 2009;

 c. $12,760 in United States currency seized from Jason Perez at Logan International Airport, Boston, Massachusetts on December 12, 2009;

  d.  $2,717 in United States currency seized from Pedro Alarcon at Logan International Airport, Boston, Massachusetts on May 22, 2010; and

  e.  $16,538 in United States currency seized from Wilfredo Pagan at Logan International Airport, Boston, Massachusetts on May 22, 2010

(collectively, "the Defendant Currencies").

  This Court has found probable cause for forfeiture. Accordingly, you are hereby directed to serve, and give notice of the Complaint by:

(1) Publishing notice of the United States' intent to forfeit the Defendant Currencies via the government website www.forfeiture.gov, for thirty (30) consecutive calendar days;

(2) Mailing a copy of this Warrant and Monition, together with a copy of the Complaint to:

| | |
|---|---|
| Wilfredo Pagan<br>4563 Concordia Ln.<br>Boynton Beach, FL 33436 | Jason Perez<br>2241 White Pine Circle, Apt. D<br>Greenacres, FL 33415 |
| David Santos<br>6460 Pine Ave.<br>Lake Worth, FL 33463 | Jason Perez<br>2781 10th Avenue N, Apt. 210<br>Palm Springs, FL 33461 |
| Martin K. Leppo, Esq.<br>Leppo & Leppo<br>Attorneys at Law<br>Seven Christy's Drive, Suite 1<br>Brockton, MA 02310 | Antonio Alarcon<br>530 S. Federal Hwy., #4<br>Lake Worth, FL 33460 |

by certified mail, postage prepaid and return receipt requested, or by serving such copies on the above-listed parties by hand.

  You Are Further Commanded to arrest, attach, inspect and retain the Defendant Currencies in your custody until further order of this Court.

  You Are Further Commanded to give due notice by appropriate service of process, as

provided herein, to all persons who claim an interest in the Defendant Currencies, or assert that the Defendant Currencies should not be condemned or disposed of pursuant to the prayer of the Complaint.  Upon execution of this process, you are directed further to file the execution in this Court with your return thereon.

ALL CLAIMS TO THE DEFENDANT CURRENCIES MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON MARY B. MURRANE, ASSISTANT U.S. ATTORNEY, THE UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN SIXTY (60) DAYS AFTER THE FIRST DAY OF PUBLICATION ON THE OFFICIAL GOVERNMENT FORFEITURE WEBSITE OR WITHIN THIRTY-FIVE (35) DAYS AFTER THE NOTICE IS SENT, WHICHEVER IS EARLIER.  ALL ANSWERS TO THE COMPLAINT MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON MARY B. MURRANE, ASSISTANT U.S. ATTORNEY, THE UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN TWENTY ONE (21) DAYS AFTER THE FILING OF A CLAIM.  CLAIMS MUST BE FILED IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE, SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME AND ASSET FORFEITURE CLAIMS.  THE PROCEDURES FOR FILING A PETITION FOR REMISSION OR MITIGATION ARE SET FORTH IN 28 CODE OF FEDERAL REGULATIONS, PART 9.  IN

ADDITION TO THE PROCEDURES MANDATED BY THOSE REGULATIONS, A COPY OF ANY PETITION FOR REMISSION OR MITIGATION SHOULD BE FILED WITH THE SEIZING AGENCY, WHICH IS THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, CUSTOMS AND BORDER PROTECTION, 10 CAUSEWAY STREET, ROOM 623, BOSTON, MASSACHUSETTS 02222, ATTENTION FINES, PENALTIES AND FORFEITURE.

                                                    Sarah A. Thornton, Clerk
                                                    U.S. District Court

                                By: _____
                                                    Deputy Clerk

                                                    Date: _____, 2012

APPROVED AND SO ORDERED:

_____
United States District Judge
Date: _____, 2012